JARCHO BROS., INC., Appellant, v. MAUDE E. LEVERICH, as Executrix, etc., of AUGUSTUS A. LEVERICH, JR., Deceased, Respondent, and SAMUEL M. MEEKER, as Successor Trustee, etc., of AUGUSTUS A. LEVERICH, Deceased, Defendant.— Order confirming report of official referee and judgment entered thereon reversed on the law and the facts and a new trial granted, costs to abide the event. This is a judgment creditor's action in which the plaintiff seeks payment to it of income of a testamentary trust which accrued to the beneficiary, the judgment debtor, prior to his death but which was not applied to his use pursuant to the terms of the trust. We are of opinion that proof of the death of the beneficiary, leaving an unexpended surplus, makes out a *prima facie* case in favor of the plaintiff and that the burden was then upon the respondent to go on with the proof. Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur.

SALLY G. JOSEPHSON, Respondent, v. NATIONAL UNION FIRE INSURANCE COMPANY, Appellant.— Order of Appellate Term affirming judgment of the Municipal Court affirmed, with costs. No opinion. Lazansky, P. J., Young and Kapper, JJ., concur; Hagarty, J., dissents on the ground that when the ring was divided into its component parts the risk was increased and defendant is not liable for the loss of any one of the parts; Scudder, J., not voting.

MARY E. KELLY, Respondent, v. ARNINK EXPRESS COMPANY, INC., Appellant. MARGARET A. KELLY, Respondent, v. ARNINK EXPRESS COMPANY, INC., Appellant. (Consolidated Actions.) — Judgments unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

EUGENE E. KELLY, Individually and as a Holder of Debenture Bonds, Series B and Accompanying Certificates of Profit Sharing of BENEFICIAL LOAN SOCIETY, INC., Suing on Behalf of Himself and of All Other Bondholders Similarly Situated, Respondent, v. BENEFICIAL LOAN SOCIETY, INC., and BENEFICIAL INDUSTRIAL LOAN CORPORATION, Defendants, Impleaded with CLARENCE HODSON & COMPANY, INC., and Others, Appellants.— Order denying motion to dismiss the complaint for insufficiency and for other relief affirmed, with ten dollars costs and disbursements, with leave to appellants to answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.